UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WaterLegacy,

    Plaintiff,

v.

USDA Forest Service; Tony Tooke, in his official capacity as Chief of the USDA Forest Service; Constance Cummins, in her official capacity as Forest Supervisor of the Superior National Forest; and Poly Met Mining, Inc.,

    Defendants.

Case No. 17-cv-276 (JNE/LIB)
ORDER

Minnesota Center for Environmental Advocacy, Center for Biological Diversity, and the W.J. McCabe Chapter of the Izaak Walton League of America,

    Plaintiffs,

v.

Tony Tooke, in his official capacity as Chief of the U.S. Forest Service; U.S. Forest Service; Sonny Perdue, in his official capacity as Secretary of Agriculture; Constance Cummins, in her official capacity as Supervisor of the Superior National Forest; and Poly Met Mining, Inc.,

    Defendants.

Case No. 17-cv-905 (JNE/LIB)
ORDER

1

Save Our Sky Blue Waters, Save Lake
Superior Association, and Sierra Club,

   Plaintiffs,

v.

United States; United States Forest Service;
Tony Tooke, Chief of the U.S. Forest
Service, in his official capacity; PolyMet
Mining Corporation; and Poly Met Mining,
Inc.,

   Defendants.

Case No. 17-cv-909 (JNE/LIB)
ORDER

Center for Biological Diversity, Earthworks,
and Save Our Sky Blue Waters,

   Plaintiffs,

v.

Ryan Zinke, in his official capacity as U.S.
Secretary of the Interior; U.S. Fish and
Wildlife Service; Tony Tooke, in his official
capacity as Chief of the U.S. Forest Service;
U.S. Forest Service; and Poly Met Mining,
Inc.,

   Defendants.

Case No. 17-cv-914 (JNE/LIB)
ORDER

   These actions relate to the NorthMet Land Exchange.[1]  On November 28, 2017,

the United States House of Representatives passed the Superior National Forest Land

Exchange Act of 2017, H.R. 3115, 115th Congress.  The United States Senate referred

H.R. 3115 to the Committee on Agriculture, Nutrition, and Forestry.  "It is the purpose of

[the] Act to further the public interest by consummating the NorthMet Land Exchange as

---

[1]  Tony Tooke is automatically substituted as a party.  *See* Fed. R. Civ. P. 25(d).

2

specifically set forth in [the] Act." H.R. 3115 § 2(a). The Court stays these actions pending Congress's consideration of the Act. The pending motions to dismiss are denied without prejudice to their renewal.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Case No. 17-cv-276, Case No. 17-cv-905, Case No. 17-cv-909, and Case No. 17-cv-914 are STAYED.

2. Poly Met Mining, Inc.'s motions to dismiss [Docket No. 32 in Case No. 17-cv-276; Docket No. 16 in Case No. 17-cv-905; Docket No. 16 in Case No. 17-cv-909; Docket No. 23 in Case No. 17-cv-914] are DENIED WITHOUT PREJUDICE.

Dated: March 6, 2018

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge